**Opinion issued October 30, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

NO. 01-14-00778-CV

———————————

MATT SINK, Appellant

v.

INROCK DRILLING SYSTEMS, INC. and INROCK ACQUISITIONS, INC.
D/B/A INROCK MANUFACTURING, Appellees

On Appeal from the 215th District Court
Harris County, Texas
Trial Court Case No. 2014-40091

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal. No opinion has issued.

More than 10 days have passed and no party has responded to the motion. *See*

TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.


**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle